160 A.3d 759

John M. MORLEY Jr., Petitioner

v.

Stacey Anne COLLAZZO, Respondent

No. 327 EAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**